# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 5, 2006*

[Cite as *09/05/2006 Case Announcements,* 2006-Ohio-4528.]

## MOTION AND PROCEDURAL RULINGS

**2006–1557. State ex rel. Ludt v. Sciortino.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relators' motion for an expedited alternative writ and expedited briefing schedule,

It is ordered by the court that the motion is denied.

O'DONNELL, J., dissents and would grant an alternative writ.